IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00625-WDM-MJW

EVERETT J. WILSON,

    Plaintiff,

v.

WARDEN KURTZ OF CCA, and
DOC LIAISON MAINES OF CCA,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 6/8/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00625-WDM-MJW

Everett J. Wilson
Prisoner No. 120419
Sterling Correctional Facility
PO Box 6000 - Unit 31
Sterling, CO 80751

Carla Weldon - CERTIFIED
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089
**SERVICE DOCUMENTS FOR: Warden Kurtz, and DOC Liason Maines**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Carla Weldon for service of process on Warden Kurtz, and DOC Liason Maines: AMENDED COMPLAINT FILED 5/18/07, ORDER FILED 5/31/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/14/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk