IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Amend Complaint (Docket No. 17) is denied without prejudice.  It is not clear from the motion what amendments plaintiff seeks to make.  Should plaintiff again move to amend his pleading, he must attach a copy of the proposed Third Amended Complaint.

It is further ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager of:
Inmate Everett J. Wilson
# 120419
S.C.F. Unit 31
P.O. Box 6000
Sterling, CO 80751-0600

Date: July 10, 2007