IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Pro Se Plaintiff's Motion to Amend Complaint (docket no. 24) is GRANTED pursuant to Fed. R.Civ. P. 15 and finding no objection by Defendants. The Third Amended Complaint is accepted for filing today.

Date: August 14, 2007