IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Contempt of Court Order (Docket No. 38) is denied as there is no basis in law or in fact for such relief. Plaintiff is not entitled to unlimited free photocopies. See Harrell v. Keohane, 621 F.2d 1059, 1061 (10th Cir. 1980).

Date: August 30, 2007