IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's letter in essence requesting the correctional facility be held his contempt of court (Docket No. 42) is denied as there is not basis in law or in fact for such relief.  Plaintiff has not shown that the facility has violated any of the court's orders.  It is further

     ORDERED that plaintiff shall put all requests for relief from the court in a form of a motion, not a letter.

Date: September 7, 2007