IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et. al.

Defendants.

---

### ORDER GRANTING MOTION TO VACATE THE SCHEDULING/PLANNING CONFERENCE
( Docket No. 45 )

---

THE COURT, having reviewed defendant Kurtz's Motion to Vacate Scheduling/Planning Conference, being fully advised in the premises, and for good cause shown;

DOES HEREBY grant the motion. The Scheduling/Planning Conference set for October 1, 2007, at 9:30 a.m. is hereby **VACATED**.

DATED THIS 13TH DAY OF SEPTEMBER 2007.

By the Court:

*/s/ Michael J. Watanabe*
U.S. District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO