IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff(s),

v.

BEVERLY DOWIS, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendant Robert Kurtz' Motion to Vacate Scheduling/Planning Conference, filed with the Court on March 17, 2007, Docket Number 67, is GRANTED. The scheduling conference set on March 24, 2008, at 9:00 a.m., is VACATED and RESET on April 15, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

     It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: March 18, 2008