IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff(s),

v.

BEVERLY DOWIS, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/ Planning Conference (docket no. 74) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on April 15, 2008, at 9:00 a.m. is VACATED. The Rule 16 Scheduling Conference will be reset, if necessary, after this court rules on the pending Motion to Dismiss (docket no. 71).

Date: April 11, 2008