IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

Defendants.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2008

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

Upon close review of the docket while preparing the Recommendation on Motion to Dismiss issued on June 12, 2008 (Docket No. 77), this court discovered that defendant Maines was terminated as a defendant on the docket when the Third Amended Complaint was filed. Therefore, defendant Maines was never served. The Clerk's Office has now reactivated Maines as a defendant on the docket sheet. It is thus hereby

**ORDERED** that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Maines. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint, the Third Amended Complaint, and summons upon defendant Maines. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

**ORDERED** that defendant Maines or her counsel shall respond to the Second Amended Complaint and Third Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: June 18, 2008  
Denver, Colorado

s/Michael J. Watanabe  
Michael J. Watanabe  
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00625-WDM-MJW

Everett J. Wilson
3333 El Paso Place #9
Colorado Springs, CO 80907

DOC Liaison Maines - *WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Christopher Wayne Alber
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
**DELIVERED ELECTRONICALLY**

Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on DOC Liaison Maines: THIRD AMENDED COMPLAINT FILED 8/14/07, SECOND AMENDED COMPLAINT FILED 5/18/07, ORDER FILED 5/31/07, SUMMONS, WAIVER* AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/18/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk