IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

    Plaintiff,

v.

WARDEN KURTZ OF CCA, et al.,

    Defendants.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

This case is before me on the recommendation of Magistrate Judge Michael J. Watanabe (doc no. 77) that the Motion to Dismiss (doc no 71) filed by Defendants Warden Kevin Milyard and Beverly Dowis be granted. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). For the reasons set forth below, I accept Magistrate Judge Watanabe's recommendation.

I have reviewed the pertinent portions of the record in this case, including the Second and Third Amended Complaints[1], the motion to dismiss, and the recommendation. Plaintiff did not file a response to the motion to dismiss. Plaintiff's claims are based on his assertion that his medical records were not properly transferred during a transfer to Huerfano County Correctional Facility ("HCCF") and that he was improperly denied doctor-

---

[1] Plaintiff's Third Amended Complaint incorporated his claims from the Second Amended Complaint. Magistrate Judge Watanabe addressed all claims asserted in the two pleadings in his recommendation.

prescribed oxygen and other treatment at HCCF and at the Sterling Correctional Facility ("SCF"). Although Plaintiff eventually received an oxygen concentrator, he asserts that he continues to have problems and should have been transferred to a facility at a lower elevation or one better equipped to accommodate his supplemental oxygen needs. According to Defendants, Plaintiff has been released on parole.

As noted by Magistrate Judge Watanabe, between Plaintiff's Second and Third Amended Complaint and following previous orders of dismissal, Plaintiff appears to assert the following remaining claims: (1) denial of physician-prescribed oxygen while at HCCF; (2) continued detention at HCCF despite the alleged inability to accommodate his need for oxygen there; (3) medical deliberate indifference by failing to provide oxygen and other treatment; (4) practicing medicine without a license by denying treatment in contravention of administrative regulations; (5) and "sanitizing" Plaintiff's medical records when he was at the Sterling Correctional Facility. The only claims against Defendants Milyard and Dowis, who were the Warden and Medical Director at SCF respectively, are Claims 3, 4, and 5.

These defendants seek dismissal on the grounds that Plaintiff failed to allege facts demonstrating that they personally participated in any alleged wrongdoing. In addition, they argue that Plaintiff failed to exhaust his administrative remedies on the claims of practicing medicine without a license and sanitizing Plaintiff's medical records, and provide evidence in support of this contention. Magistrate Judge Watanabe agreed and recommends that the claims against these defendants be dismissed.

I agree with Magistrate Judge Watanabe that Plaintiff has not alleged "enough facts to state a claim to relief that is plausible on its face" against these defendants. *Bell Atlantic*

*Corp. v. Twombly*, 127 S.Ct. 1955, 1974 (2007). Rather, he does not mention them specifically in most of the complaint and his allegations are wholly conclusory. Moreover, I agree that Defendants have satisfied their burden of demonstrating that Plaintiff did not file any grievances regarding Milyard or Dowis allegedly practicing medicine without a license or sanitizing his medical records. These claims, therefore, have not been exhausted and should be dismissed.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe (doc no. 77) is accepted.

2. Motion to Dismiss (doc no 71) filed by Defendants Warden Kevin Milyard and Beverly Dowis is granted. Plaintiff's claims against these defendants are dismissed.

DATED at Denver, Colorado, on July 1, 2008.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge