IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00625-WDM-MJW

EVERETT J. WILSON,

    Plaintiff,

v.

ROBERT KURTZ, et al.,

    Defendants.

## ORDER AWARDING ATTORNEYS' FEES

Miller, J.

This case is before me on the Declaration of Edmund M. Kennedy Esq., Per Court Order on Recommendation of Magistrate Judge Dated November 12, 2008 (doc no 93). On November 12, 2008, I accepted the recommendation of Magistrate Judge Michael J. Watanabe (doc no 77) that this case be dismissed based on Plaintiff's failure to appear, failure to prosecute, and failure to comply with court orders. See Order (doc no 92). I also awarded Defendants attorneys' fees incurred for two court appearances that Plaintiff failed to attend. Counsel for Defendants has submitted an affidavit and itemization of attorneys' fees. I have reviewed these documents and the amount requested is reasonable.

Accordingly, it is ordered:

1.     Defendants are awarded attorneys' fees in the amount of $449.50 (including

$279 for attendance at the scheduling conference on 9/25/08 and $170.50 for attendance at the show cause hearing on 10/21/08).

DATED at Denver, Colorado, on December 23, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge